Send

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV05-4823 GPS | Date | July 29, 2005 |
|---|---|---|---|

| Title | Writers Guild of America, West, Inc. v. Philippe Caland |
|---|---|

Present: The Honorable **GEORGE P. SCHIAVELLI**, UNITED STATES DISTRICT JUDGE

| Krista Barrett | Not Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:       Attorneys Present for Defendants:

Not Present                                              Not Presentr

**Proceedings:**   MOTION FOR ORDER CONFIRMING THE OPINION AND AWARD AND FOR ENTRY OF JUDGMENT IN CONFORMITY THEREWITH (IN CHAMBERS)

The Court, on its own motion, hereby advises counsel that the above-referenced motion set for hearing on August 1, 2005 at 1:30 p.m. is **UNDER SUBMISSION as of that date** and taken off the motion calendar. Furthermore, **no appearance by counsel is necessary unless ordered** and the Court will issue a ruling after full consideration of the submitted pleadings.

**IT IS SO ORDERED.**

Initials of Preparer   KB

DOCKETED ON CM

JUL 29 2005

BY ___

| CV-90 (06/04) | CIVIL MINUTES - GENERAL | Page 1 of 1 |
|---|---|---|