Katherine Shannon Christovich, Esq. (SBN: 178397)
Associate Counsel, Legal Services
WRITERS GUILD OF AMERICA, WEST, INC.
7000 W. Third Street
Los Angeles, California 90048
(323) 782-4521
Fax: (323) 782-4806
Attorney for Petitioner

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Writers Guild of America, west, Inc., <br><br> Petitioner, <br><br> vs. <br><br> Philippe Caland, <br><br> Respondent. | CASE NO.: CV05-4823 GPS (Ex) <br><br> [PROPOSED] ORDER AND JUDGMENT <br><br> Date: August 1, 2005 <br> Time: 1:30 p.m. <br> Ctrm.: 7 <br><br> Honorable Schiavelli |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

The regularly noticed Motion for Order Confirming the Opinion and Award and for Entry of Judgment in Conformity Therewith of Petitioner Writers Guild of America, west, Inc. ("WGAw", "Guild" and/or "Petitioner") was taken under submission by the Honorable Schiavelli. Respondent Philippe Caland ("Respondent") was duly served with notice of the proceeding but failed to file a responsive pleading. The Court having considered the pleadings and documents on file orders as follows:

//
// THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).

1

F:\LEGAL\Separated Rights Cases\SR02005\Petition to Confirm\confirm proposed order.doc

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment be entered in this proceeding as follows:

1. The Opinion and Award ("Award") signed by Edgar A. Jones Jr., the sole neutral Arbitrator, ("Arbitrator") on August 4, 2004 is confirmed in all respects.

2. Respondent Philippe Caland is hereby ordered to provide the Guild and Mr. Baker written notice of the terms and conditions upon which he will sell to him the literary material written in connection with "Eye of Luna," including only those costs allowed in MBA Article 16.A.8(a) and 8.d.(1)(c).

3. The two-year period within which reacquisition must be initiated shall be tolled pending Respondent's providing the Guild and Mr. Baker the appropriate terms and conditions pursuant to the MBA.

4. Respondent is ordered to pay $950.00 to the WGA which represents the Arbitrator's fee for Respondent's untimely cancellation of the first arbitration hearing and $2,432.50 which represents Respondent's share of the Arbitrator's fee for the May 6, 2004 arbitration hearing.

5. Respondents are further ordered to pay immediately to the WGAw attorneys' fees in the amount of $1,500.00 and costs in the amount of $150.00.

Dated: 2/15/67

_____
United States District Court Judge

2

F \LEGAL\Separated Rights Cases\SR02005\Petition to Confirm\confirm proposed order.doc